Euwan Y.A. GODFREY, Petitioner,

v.

DEPARTMENT OF TRANSPORTATION, Respondent.

No. 2010–3127.

United States Court of Appeals, Federal Circuit.

March 14, 2011.

Roger P. Lipton, Green, Miles, Lipton & Fitzgibbon, LLP, of Northampton, Massachusetts, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk Manhardt, Assistant, Director.

Before RADER, Chief Judge, PLAGER and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

LINCOLN NATIONAL LIFE INSURANCE COMPANY, Plaintiff–Appellee,

v.

TRANSAMERICA LIFE INSURANCE COMPANY, Western Reserve Life Assurance Co. of Ohio, and Transamerica Financial Life Insurance Company, Defendants–Appellants.

No. 2010–1257.

United States Court of Appeals, Federal Circuit.

March 14, 2011.

## ON MOTION

## ORDER

Upon consideration of Transamerica Life Insurance Company, Western Reserve Life Assurance Co. of Ohio, and Transamerica Financial Life Insurance Company's motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.